| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | |
| Case number (if known): _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   **Lotus Sky, LLC**

2. **All other names debtor used in the last 8 years**  
   aka OYO Hotel Amarillo; aka Red Roof Inn Amarillo
   
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   8 1 – 3 1 2 2 5 8 6

4. **Debtor's address**

   **Principal place of business**  
   **1620 I-40 East**  
   Number    Street
   
   
   **Amarillo**    **TX**    **79103**  
   City    State    ZIP Code
   
   **Dallas**  
   County

   **Mailing address, if different from principal place of business**  
   **1445 Wittington Pl**  
   Number    Street
   
   P.O. Box
   
   **Dallas**    **TX**    **75254**  
   City    State    ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   _____  
   Number    Street
   
   _____  
   City    State    ZIP Code

5. **Debtor's website (URL)**  
   oyohotelamarillo.com

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Lotus Sky, LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

_7_ _2_ _1_ _1_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. Check all that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Lotus Sky, LLC** _____ Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in _this district_?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number Street

_____

_____ _____ _____
City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

Debtor **Lotus Sky, LLC** _____   Case number (if known) _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/02/2022**
MM / DD / YYYY

X **/s/ Kunal Patel** _____
Signature of authorized representative of debtor

**Kunal Patel**
Printed name

**Owner**
Title

Debtor **Lotus Sky, LLC**     Case number (if known) _____

| | | |
|---|---|---|
| **18. Signature of attorney** | **X /s/ Joyce Lindauer** <br> Signature of attorney for debtor | Date **09/02/2022** <br> MM / DD / YYYY |

                               **Joyce Lindauer**
                               Printed name

                               **Joyce Lindauer**
                               Firm name

                               **Joyce W. Lindauer Attorney, PLLC**
                               Number     Street
                               **1412 Main Street, Suite 500**

| **Dallas** | **TX** | **75202** |
|---|---|---|
| City | State | ZIP Code |

| **(972) 503-4033** | **joyce@joycelindauer.com** |
|---|---|
| Contact phone | Email address |
| **21555700** | **TX** |
| Bar number | State |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Lotus Sky, LLC**               CASE NO

                                          CHAPTER  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/2/2022                  Signature  /s/ Kunal Patel
                                           *Kunal Patel*
                                           *Owner*

Date _____                Signature _____

```
AT&T Internet
PO Box 10330
Fort Wane, IN 48651


Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548


Bezla
1800 JFK Blvd.
Suite 300
Philadelphia, PA 19103


Chadrakant B. Patel
1010 S. Beckley Avenue
Dallas, TX 75203


City of Amarillo
900 S. Polk St., Suite 106A
Amarillo, TX 79101


City of Amarillo
Utility Billing Dept., City Hall
PO Box 100
Amarillo, TX 79105


Comptroller of Public Accounts
111 E. 17th Street
Austin, TX  78774-0100


Comptroller of Public Accts
Rev Acct Div/Bankruptcy Sec
PO Box 13528
Austin, TX 78711


Consolidated Hospitality Supplies-AMtex
PO Box 677130
Dallas, TX 75267
```

```
DirecTV
PO Box 5006
Carol Stream, IL 60197


Internal Revenue Service
1100 Commerce St.
MC 5030 DAL, Bankruptcy
Dallas, Texas  75242


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jack M. Kuykendall
Jack M. Kuykendall, P.C.
5048 Tennyson Parkway
Suite 250
Plano, TX 75024

Krishnan Lalitha, CPA
5430 E. Grand Avenue
Dallas, TX 75223


Kunal Patel
2101 Raintree Drive
Irving, TX 75063


Mayfield Paper Company
617 SE 2nd Avenue
Amarillo, TX 79101


New Millennium Bank
57 Livingston Avenue
New Brunswick, NJ 08901


OYO
3300 Dallas Parkway
Plano, TX 75093
```

```
Patel & Associates, PLLC
2929 N. Central Expressway
Suite 240
Richardson, TX 75080


Texas Workforce Commission
101 E. 15th St.
Austin, TX 78778


U. S. Attorney
Main & Justice Bldg.
10th & Pennsylvania NW
Washington, DC 20530


U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242


US Small Business Administration
409 3rd Street SW
Washington, DC 20416


US Small Business Administration
4300 Amon Carter Blvd.
Fort Worth, TX  76155



VISA
900 Metro Center Blvd.
Forster City, CA 94404


Waste Wranglers
2025 Hope Rd.
Amarillo, TX 79124
```